UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHRISTOPHER DUSTIN,**<br><br>        **Plaintiff,**<br>**v.**<br><br>**TRUSTEES OF THE COLLEGE OF THE HOLY CROSS, the COLLEGE OF THE HOLY CROSS and REV. PHILIP L. BOROUGHS, S.J., President of the College of the Holy Cross**<br><br>        **Defendants.** | Case No. 4:21-cv-11108-MRG |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Christopher Dustin, hereby moves this honorable Court, pursuant to the provisions of Fed. R. Civ. P. 56, for the entry of a summary judgment in his favor as to each of the three counts in the defendants' Counterclaim. Mr. Dustin is entitled to judgment as a matter of law for the reasons more fully set forth in the memorandum and supporting documentation filed herewith in accordance with the provisions of L.R.D. Mass. 56.1.

## REQUEST FOR ORAL ARGUMENT

Mr. Dustin respectfully requests that this honorable court schedule oral argument on this motion, as provided for under L.R.D. Mass. 7.1(d).

1

## CERTIFICATION OF COMPLIANCE WITH RULE 7.1(a)(2)

Plaintiff's counsel hereby certifies that the parties have conferred in good faith to resolve or narrow the issues presented in this motion.

CHRISTOPHER DUSTIN,
By his attorney

*James S. Timmins*
James S. Timmins BBO # 547512
55 Willard Street
Quincy MA 02169
(617)376-0700
jtimmins@cronintimmins.com

DATED: May 22, 2023

## CERTIFICATE OF SERVICE

I, James S. Timmins, hereby certify that I have this day served this document via electronic filing and email on counsel of record for the defendants, whose current electronic addresses are known to me personally.

*James S. Timmins*
James S. Timmins BBO # 547512