# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dustin          Plaintiff(s),<br><br>v.<br><br>Trustees of the College of the Holy Cross, et al<br>         Defendant(s). | **CIVIL ACTION**<br>**NO. 4:21-cv-11108-MRG** |

### REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO:  DISTRICT JUDGE MARGARET R. GUZMAN

HENNESSY, M.J.

On May 25, 2023 the parties came before the Court for a:

\_\_\_\_ EARLY NEUTRAL EVALUATION
_X_ MEDIATION
\_\_\_\_ MINI-TRIAL
\_\_\_\_ SETTLED

The Court reports:

( ) SUMMARY JURY TRIAL

**(X)  Settled. Your clerk should enter a 45 day order of dismissal.**

( )     There was progress.

( )     The matter is not settled.

( )     This case should be restored to your trial list.

| | |
|---|---|
| May 25, 2023 | /s/ David. H. Hennessy |
| Date | David H. Hennessy, USMJ |