UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dustin,
   Plaintiff(s),

              CIVIL ACTION
V.
              NO. 21-11108-MRG

Trustees of the College of the Holy Cross, et al.,
   Defendant(s),

SETTLEMENT ORDER OF DISMISSAL

Guzman, D. J.

  The Court having been advised on   May 25, 2023   that the above-entitled action has been settled.

  IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

                        By the Court,

 May 25, 2023              /s/ Martin Castles
   Date                 Deputy Clerk