UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHRISTOPHER DUSTIN,**<br><br>          **Plaintiff,**<br><br>v.<br><br>**TRUSTEES OF THE COLLEGE OF THE HOLY CROSS, the COLLEGE OF THE HOLY CROSS and REV. PHILIP L. BROUGHS, S.J., President of the College of the Holy Cross**<br><br>          **Defendants.** | Case No. 4:21-cv-11108-TSH |

## STIPULATION FOR DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice, and without costs.

Dated this 4th day of August 2023.

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFF,**<br>**CHRISTOPHER DUSTIN,**<br><br>By his Attorney,<br><br>*/s/ James S. Timmins (alp)*<br>_____<br>James S. Timmins (BBO #547512)<br>55 Willard Street<br>Quincy, MA 02169<br>(617) 376-0700<br>jtimmins@cronintimmins.com | **THE TRUSTEES OF THE COLLEGE OF THE HOLY CROSS, REV. PHILIP L. BOROUGHS, S.J.**<br><br>By their Attorneys,<br><br>*/s/ Alexandra L. Pichette*<br>_____<br>Gregory A. Manousos (BBO #631455)<br>Alexandra L. Pichette, Esq. (BBO #697415)<br>MORGAN, BROWN & JOY, LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109<br>(617) 523-6666<br>gmanousos@morganbrown.com<br>apichette@morganbrown.com |

## CERTIFICATE OF SERVICE

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and papers copies will be sent to those indicated as non-registered participants on this 4th day of August 2023.

                 */s/ Alexandra L. Pichette*
                 Alexandra L. Pichette